

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KERWYN R. FERGUSON, | ) |
| Plaintiff, | ) Case No. 7:09CV00279 |
| v. | ) |
| | ) **FINAL ORDER** |
| OFFICER TRENT, <u>ET</u> <u>AL</u>., | ) By: Glen E. Conrad |
| | ) United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 14th day of August, 2009.

_____
United States District Judge